# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MERLA LAWRENCE,  :  | Civil Action No. 11-3569 (ES) |
| Plaintiff,  :  | **ORDER** |
| v.  :  | |
| EMIGRANT MORTGAGE COMPANY, PRIME TIME MORTGAGE CORP., RETAINED REALTY, INC., DARNELL DAVIS, and KENNETH P. SAMSON  :  | |
| Defendants.  :  | |

**SALAS, DISTRICT JUDGE**

For the reasons set forth in the Opinion filed herewith,

   IT IS on this 18th day of October 2012,

   ORDERED that Plaintiff Merla Lawrence's motion for reconsideration—(D.E. 28)—is hereby DENIED, and Plaintiff has 30 days from receipt of this Order in which to file an amended complaint that cures the deficiencies addressed by the Court in its March 30, 2012 Opinion; and it is further

   ORDERED that Plaintiff's motion to amend—(D.E. 29)—is hereby DENIED as moot; and it is further

   ORDERED that the Clerk of Court shall terminate Docket Entry Nos. 28 and 29.

                                              *s/Esther Salas*
                                              **Esther Salas, U.S.D.J.**